No. 71–5468. SUTTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–481. 3,317.39 ACRES OF LAND, MORE OR LESS, IN JEFFERSON COUNTY, ARKANSAS, ET AL. *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioners to defer consideration denied. Certiorari denied.

No. 71–499. MASCIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.

No. 71–500. BIRRELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 71–518. COUCH, ADMINISTRATRIX *v.* MISSOURI-KANSAS-TEXAS RAILROAD Co. Sup. Ct. Okla. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted and judgment reversed. *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500.

No. 71–520. MCKENDRICK, CORRECTIONAL SUPERINTENDENT *v.* RIVERA. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–5357. SANTOS *v.* NEW YORK STATE BOARD OF PAROLE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.